United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of October, two thousand nine,

REINO DE ESPAÑA, on its own behalf, and as trustee,
   *Plaintiff-Counter-Defendant-Appellant-Cross-Appellee*,

v.

Nos. 08-0579-cv, 08-0754-cv

ABSG CONSULTING, INC., f/k/a ABS MARINE SERVICES, INC., ABS GROUP OF COMPANIES, and the AMERICAN BUREAU OF SHIPPING, INC.,
   *Defendants-Counter-Claimants-Appellee-Cross-Appellants*.



Appellant Reino de España moves for an award of costs. Appellees move for an offsetting award of the costs incurred in pursuing their cross-appeal. The decision below having been vacated and remanded, Appellant's motion is GRANTED, and Appellees' motion is DENIED. The amount requested by Appellant is excessive, however. By the court's calculation, Appellant is entitled to and is hereby awarded costs in the amount of $15,593.97.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

DOCKETED AS
A JUDGMENT #09,195-6
ON 10/9/09

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: OCT 0 8 2009