SQUIRE, SANDERS & DEMPSEY L.L.P.

30 Rockefeller Plaza
New York, NY 10112

Office: +1.212.872.9800
Fax: +1.212.872.9815



Direct: +1.212.872.9844
bstarer@ssd.com

January 13, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 JAN 2010

**VIA HAND DELIVERY**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Court House
40 Centre Street, Room 426
New York, NY 10007-1581

Re:   Reino de Espana v. The American Bureau of Shipping, Inc.
      U.S.D.C., S.D.N.Y., 03 Civ. 3573 (LTS)(RLE)
      Client\Matter No.: 103155.00001

**MEMO ENDORSED**

Dear Judge Swain:

   Pursuant to the briefing schedule set forth in the Court's Order of September 16, 2009, Spain seeks the Court's permission to extend the page limit for its brief in opposition due January 29, 2010 from twenty five (25) pages to thirty five (35) pages. Spain makes this request in order to more fully respond to ABS's choice-of-law and summary judgment arguments made in its opening brief dated November 24, 2009.

   Counsel for the American Bureau of Shipping agrees to this request. The parties thank the Court for its attention to this matter.

*The request is granted.*

SO ORDERED.

NEW YORK NY
LAURA TAYLOR SWAIN
Jan 19, 2010 UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

Squire, Sanders & Dempsey L.L.P.

Brian D. Starer

cc:   Norman Kleinberg
      John Grimmer